Anthony M. Barnes (SBN 199048)
amb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Telephone: (917) 371-8293

*Attorney for Plaintiff*
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a California non-profit association,<br><br>    Plaintiff,<br><br>  v.<br><br>CIREXX INTERNATIONAL, INC., a California corporation,<br><br>    Defendant. | **Case No.: 5:22-cv-05495-NC**<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |

1    PLEASE TAKE NOTICE that the Parties have reached a *tentative* settlement in this proceeding.

2  Their agreement is reflected in the proposed Settlement Agreement attached to this notice as "**Exhibit**

3  **1**," a copy of which has been sent to the United States Department of Justice ("DOJ") and the United

4  States Environmental Protection Agency ("EPA") for a 45-day review period as required under section

5  135.5 of Title 40 of the Code of Federal Regulations.  Plaintiff will provide the Court with the written

6  notice of commencement of the 45-day review period once Plaintiff receives that notice from DOJ.  At

7  the end of the 45-day review period, Plaintiff will notify the Court of any objections received from the

8  reviewing agencies and will submit the proposed Consent Decree for consideration and approval by this

9  Court.

10    The Court directed the Parties to prepare and file a Joint Case Management Statement no later

11  than February 8, 2023 (see Dkt. 16). In light of the settlement, the Parties will abstain from filing a

12  further statement unless requested by the Court.

13    Should the Court require any additional information, the undersigned will be pleased to provide

14  it upon request.

15

16

17  Dated: February 7, 2023                    Respectfully submitted,

18

19                                   */s Anthony M. Barnes*
                                   Anthony M. Barnes
20                                   AQUA TERRA AERIS LAW GROUP
                                   Attorneys for Plaintiffs
21                                   California Sportfishing Protection Alliance

22

23

24

25

26

27

28