Anthony M. Barnes (SBN 199048)
amb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Telephone: (917) 371-8293

*Attorneys for Plaintiff*
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a California non-profit association,<br><br>Plaintiff,<br><br>v.<br><br>CIREXX INTERNATIONAL, INC., a California corporation,<br><br>Defendant. | **Case No.: 5:22-cv-05495-NC**<br><br>**ORDER GRANTING STIPULATION TO RETAIN JURISDICTION AND REQUEST FOR DISMISSAL** |

**ORDER**

Based on the stipulation of the Settling Parties,

IT IS HEREBY ORDERED that the Court shall retain jurisdiction over Case No. 5:22-cv-05495-NC for the sole purpose of enforcing compliance by the Settling Parties with the terms of the Settlement Agreement.

IT IS FURTHER ORDERED that Plaintiff's claims against Defendant CIREXX INTERNATIONAL, INC., as set forth in Case No. 5:22-cv-05495-NC are dismissed with prejudice pursuant to Rule 41(a)(2), FRCP

IT IS SO ORDERED.

Dated: March 24, 2023



_____
HON_____NS
United S_____

[Proposed] Order Regarding Stipulation to Retain Jurisdiction and Request for Dismissal

No.: 5:22-cv-05495-NC

2